Howard L. Johnson for use of Joseph Marietta, Appellee, v. Western Casualty and Surety Company, Appellant.

Howard L. Johnson for use of Edith Marietta, Appellee, v. Western Casualty and Surety Company, Appellant.

Gen. No. 10,071.

opinion filed April 18, 1946; rehearing denied October 3, 1946; released for publication October 3, 1946. Poust & Moudry, Oscar W. Hoberg and Newhall & Givler, for appellant; Newhall & Givler, of counsel; B. Jay Knight, C. Sidney Van Duzer and Hollerich & Hurley, for appellees; Frederick H. Haye, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.